*In re* INTEGRACIÓN DE SALA ESPECIAL.

*Número:* CP-97-16          *Resuelto:* 7 de junio de 2004

## ORDEN

Debido a la no intervención de la Jueza Presidenta Señora Naveira Merly y de los Jueces Asociados Señor Fuster Berlingeri y Señora Fiol Matta, y a la inhibición del Juez Asociado Señor Hernández Denton, en el caso Núm. CP-1997-16, *In re Silva Iglecia*, 162 D.P.R. 105 (2004), se constituye una Sala Especial integrada por el Juez Asociado Señor Rebollo López, como su Presidente, y los Jueces Aso-

ciados Señores Corrada Del Río y Rivera Pérez, a los fines de atender el caso.

Lo decreta y firma.

(*Fdo.*) Francisco Rebollo López
*Juez Asociado*

Certifica:

(*Fdo.*)Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*